## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OTABEK MURODOV,

      *Petitioner,*

   v.

J.L. JAMISON, et al.,

      *Respondents.*

CIVIL ACTION

NO. 26-594

## <u>ORDER</u>

**AND NOW**, this 13th day of February, 2026, upon consideration of the Petition for a Writ of *Habeas Corpus*, (Dkt. No. 1), the Motion for a Temporary Restraining Order, (Dkt. No. 3), and the Government's Response in Opposition, (Dkt. No. 5), it is hereby **ORDERED** that the Petition is **GRANTED** as follows:

1.   **Murodov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2.   **On or before February 20, 2026**, the current Director of Immigration and Customs Enforcement for the Philadelphia Field Office shall provide Murodov with a bond hearing in accordance with 8 U.S.C. § 1226(a).

3.   Should the Immigration Judge deny bond, Murodov may appeal that decision to the Board of Immigration Appeals.

4.   The Motion for a Temporary Restraining Order, (Dkt. No. 3), is **DENIED as moot**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.